# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houston, John A. | Southern District of California | 04/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Court | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Carter-Keep Federal Courthouse
333 West Broadway
Suite 1380
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 04/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Psychology Consultation Services, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 04/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage - Investment Real Property | K |
| 2. | Chase Slate | Credit Card | J |
| 3. | Chase Freedom | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 04/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Fidelity Funds - IRA | | | | | | | | | |
| 2.  --Fidelity Discovery Fund | A | Dividend | J | T | | | | | |
| 3.  ---Fidelity New Markets Fund | A | Dividend | J | T | | | | | |
| 4.  Trust | | | | | | | | | |
| 5.  - Leap Wireless Communications (Common Stock) | A | Dividend | J | T | | | | | |
| 6.  Trust #2 | D | Distribution | M | T | | | | | |
| 7.  --MSDW Dividend Growth Securities Fund | A | Distribution | J | T | Redeemed | 03/10/16 | J | A | |
| 8.  --MSDW California Tax-Free Income Fund | A | Interest | K | T | Merged (with line 12) | 05/05/16 | K | A | |
| 9.  --AIM Advisor Real Estate Fund | B | Dividend | J | T | Redeemed | 05/05/16 | J | B | |
| 10.  --Eaton Vance WW Health Sciences Fund | A | Dividend | J | T | Redeemed | 05/05/16 | J | A | |
| 11.  --Eaton Vance Tax Managed Growth Fund | A | Dividend | J | T | Merged (with line 12) | 05/05/16 | J | A | |
| 12.  --Franklin Calif Tax Free Income Fund | B | Int./Div. | L | T | Buy (add'l) | 05/05/16 | L | | |
| 13.  --MFS MidCap Growth Fund | A | Dividend | J | T | | | | | |
| 14.  --Putnam Research Fund | A | Dividend | J | T | Redeemed | 03/10/16 | J | A | |
| 15.  --Putnam International Voyager Fund | A | Dividend | J | T | Redeemed | 03/10/16 | J | A | |
| 16.  --Sentinel Small Cap Companies Fund | A | Distribution | J | T | Redeemed | 03/10/16 | J | A | |
| 17.  --Reserve Primary Fund Class R | A | Dividend | J | T | Redeemed | 03/10/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 04/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Lord Abbet Mid Cap Val Class C | A | Dividend | J | T | Redeemed | 03/10/16 | J | A | |
| 19. --MFS Val Class B | A | Dividend | J | T | | | | | |
| 20. --MFS Value Class C | A | Dividend | J | T | | | | | |
| 21. -- American AMCAP Class C | A | Distribution | J | T | Redeemed | 05/05/16 | J | A | |
| 22. -- John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | Redeemed | 05/05/16 | J | A | |
| 23. -- Putnam Tax Smart Equity Class B | A | Dividend | J | T | Merged (with line 12) | 05/05/16 | J | A | |
| 24. -- Delaware Tax-Free California Class B | A | Interest | J | T | Merged (with line 12) | 05/05/16 | J | A | |
| 25. -- Federal Capital Reserves | B | Int./Div. | K | T | Buy | 05/05/16 | K | | |
| 26. Real Property (3), Birmingham, AL | C | Rent | L | W | | | | | |
| 27. Trust #3 | | Interest | P1 | T | | | | | |
| 28. -- Van Kampen Insured Muni Income Trust 589 | B | Int./Div. | J | T | | | | | |
| 29. -- Union Bank CD Index Zero | A | Int./Div. | J | T | | | | | |
| 30. -- Real Property (2)- San Diego County, CA | A | None | O | W | | | | | |
| 31. -- Real Property (5)- Columbus Ohio | A | None | K | T | Buy | 09/15/16 | K | A | |
| 32. Pacific Innovative Select -Black Rock Global Allocation,Annuity -IRA | C | Distribution | L | T | | | | | |
| 33. Union Bank Marked Linked Cert of Deposit - IRA | A | Interest | K | T | | | | | |
| 34. Union Bank Marked Linked Cert of Deposit - Simple IRA | B | Interest | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 04/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Trust #4 | | | | | | | | | |
| 36.  -- Real Property(6)- Salem, VA 24153 | | None | N | T | Buy | 12/21/16 | N | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Houston, John A. | 04/02/2018 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 4, and Part VII, Line 35; Trustee of Trust #4, dated December 19, 2016

Part VI, Line 1: The PNC mortgage was paid off in December 2016.

Part VII. Line 1 (2015 Report): Former Rental Property (2) (not rented); Transferred to Trust #3 (Line 30).

Part VII. Trust # 1, Lines 4-5. The following information was inadvertently omitted from the 2014 Report and the items were inadvertently included in the 2015 Report. Accept the following as amendments to FDRs for the years 2014 and 2015:

1) On March 14, 2014, AT&T purchased Leap Wireless and sharehoolders were paid. Leap is no longer listed as a securities entity.

2) Item at Line 5 was sold after April of 2014, Value J, Gain A.

3) Trust # 1 (Line 4) has no additional assets and undersigned has no intention to continue the use of Trust # 1.

Part VII, Line 33: Real Property (5) purchased via foreclosure sale on September 15, 2016.

Part VII. Trust # 2 (beginning on Line 6). The following information was inadvertently omitted from the 2014 Report and the items were inadvertently included in the 2015 Report. Accept the following as amendments to FDRs for the years 2014 and 2015:

1) MFS MidCap Growth Fund (Line 13); Sold on 7/30/2014, Value J, Gain B

2) MFS Value Class B (Line 19); Sold on 7/30/2014, Value J, Gain A.

3) MFS Value; Class C (Line 20); Sold on 7/30/2014, Value J, Gain A.

Part VII. Trust #2 (beginning on Line 6): The following information and items wewe inadvertently omitted from the 2012, 2013 and 2014 Reports. Accept the following as amendments to FDRs for the years 2012, 2013 and 2014:

1) Healthcare Trust of America; Bought on 1/28/2014; Value J; and Sold on 7/30/2014; Value J and Gain A.

2) American High Income TR; Bought 12/28/2012, Value J; Sold 7/30/2014, Value J, Gain A.

3) American High Income Fund; Bought 12/28/2012, Value J; Sold 7/30/2014, Value J, Gain A.

5) AT&T; Bought 11/28/2012, Value J; Sold 7/30/2014, Value J, Gain A

6) Black Rock Build; Bought 11/28/2012, Value J; Sold 7/30/2014. Value J, Gain A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Houston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544